JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN CHEUNG, | ) | Case No. CV 16-03499-RGK (SKx) |
| Plaintiff(s) | ) | |
| vs. | ) | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| MAY CHAU, et al. | ) | |

On August 19, 2016, the Court issued an Order to Show Cause Why Case Should Not be Dismissed for Lack of Prosecution [9]. A response to the Order to Show Cause was due on or before August 24, 2016. As of this date, no response to the Order to Show Cause has been filed. The Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: August 25, 2016

*/s/ Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE